IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| M.B., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | 1:22-cv-930-TSE |
| FAIRFAX COUNTY SCHOOL BOARD, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the order of this Court entered on August 22, 2023, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendant, FAIRFAX COUNTY SCHOOL BOARD and against the Plaintiffs, M.B., S.B., and J.B.

August 22, 2023
Date

FERNANDO GALINDO
Clerk

T.Randall
(By) Deputy Clerk